An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO E.A.M.M., A MINOR.

No. 68429

KIMBERLY STRIPLIN ANN MOORE, A/K/A KIMBERLY MILLER, A/K/A KIM S. MOORE, A/K/A KIMBERLY MOORE, A/K/A KIMBERLY A. MOORE, A/K/A KIMBERLY ANN MOORE, A/K/A KIMBERLY S. MOORE, A/K/A KIMBERLY STIPLINAN MOORE, A/K/A KIMBERLY STRIPLIN MOORE, A/K/A KIMBERLY STRIPLINANN MOORE,
Appellant,
vs.
CLARK COUNTY DEPARTMENT OF FAMILY SERVICES,
Respondent.

**FILED**

SEP 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on July 17, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. On August 7, 2015, appellant filed a letter stating that "I.F.P. waiting return from inmate banking." Since that time, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K Linder_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-28067

cc: Hon. Cynthia N. Giuliani, District Judge
Kimberly Striplin Ann Moore
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947